# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>RENE LUIS CARDINALE;<br>BRUSHFIRE RESTAURANTS, INC.,<br>a California Corporation; DOES 1-10,<br><br>　　　　　　Defendants. | CASE NO. 14-CV-2386-H (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 13] |

　　　On October 8, 2014, Scott Schutza ("Plaintiff") filed a complaint against Rene Luis Cardinale, Brushfire Restaurants, Inc., and Does 1-10 ("Defendants"). (Doc. No. 1.) Defendants filed their answer on November 24, 2014. (Doc. Nos. 8, 9.) On March 9, 2015, the parties filed a joint motion to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a). (Doc. No. 13.) The Court, for good cause shown, grants the parties' joint motion and dismisses the case with prejudice. The parties will bear their own costs and fees. The Court directs the Clerk to close the case.

　　　**IT IS SO ORDERED.**

DATED: March 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT